

_____ FILED           _____ RECEIVED
_____ ENTERED         _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

SEP 1 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )        2:10-CR-545-ECR-PAL
                                    )
JOSE RUANO,                         )
                                    )
                    Defendant.      )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 8, 2011, defendant JOSE RUANO pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Docket #1.

This Court finds defendant JOSE RUANO was advised that the property set forth in the Forfeiture Allegation of the Criminal Indictment was subject to forfeiture. #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JOSE RUANO pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) including:

    a.      a Fabrique Nationale, 5.7mm pistol, serial number 386117175;

    b.      a Taurus, model PT45, .45 caliber pistol, serial number 68286; and

    c.      any and all ammunition "property".

1      · This Court finds the United States of America is now entitled to, and should, reduce the

2   aforementioned property to the possession of the United States of America.

3      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4   United States of America should seize the aforementioned property.

5      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

6   of JOSE RUANO in the aforementioned property is forfeited and is vested in the United States of

7   America and shall be safely held by the United States of America until further order of the Court.

8      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12  the name and contact information for the government attorney to be served with the petition,

13  pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

15  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18  following address at the time of filing:

19          .Michael A. Humphreys
                Assistant United States Attorney

20          Daniel D. Hollingsworth
                Assistant United States Attorney

21          Lloyd D. George United States Courthouse
                333 Las Vegas Boulevard South, Suite 5000

22          Las Vegas, Nevada 89101.

23  . . .

24  . . .

25  . . .

26  . . .

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2   need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3   following publication of notice of seizure and intent to administratively forfeit the above-described

4   property.

5      DATED this __19__ day of __Sept.__, 2011.

6

7

8   _Edward C. Reed_
   ———————————————
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## PROOF OF SERVICE

2      I, Dana A. Chrystall certify that the following individual was served with a copy of the

3  Preliminary Order of Forfeiture on September 16, 2011, by the below identified method of service:

4

Regular First Class US Mail

5

6  Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
7  Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG

8

Rebecca A Rosenstein
9  Federal Public Defender
411 E. Bonneville Avenue
10  Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org
11  *Attorneys for Defendant, JOSE RUANO*

12

13                          /s/Dana A. Chrystall
                            Dana A. Chrystall
14                          Forfeiture Support Associate Paralegal III

15

16

17

18

19

20

21

22

23

24

25

26